UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LEE ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA BARBARA et al.,<br><br>Defendants. | Case No. 2:26-cv-10199-SB-BFM<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

Plaintiff filed his complaint against Defendants County of Santa Barbara, California Forensic Medical Group, Inc. (CFMG), and Wellpath, LLC on September 10, 2026. On September 21, Plaintiff served CFMG and Wellpath. Dkt. Nos. 13, 14. CFMG and Wellpath failed to timely respond, and Plaintiff has not sought entry of default against them. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 28, 2026, why his claims against CFMG and Wellpath should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 28, 2026, of an application for entry of default against Defendants CFMG and Wellpath under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: October 14, 2026

Stanley Blumenfeld, Jr.
United States District Judge